UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS COMACHO

        Plaintiff,

      -against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

ORDER

20-CV-8304 (KPF)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The defendant was directed to file the Administrative Record within 90 days of October 23, 2020; see Docket Entry No.5.  The time for filing that document has elapsed, and the docket sheet maintained for this action by the Clerk of Court does not reflect that the Administrative Record has been filed.  Therefore, on or before February 5, 2021, the defendant shall file the Administrative Record.

Dated: New York, New York
       January 29, 2021

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE