UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS COMACHO

                Plaintiff,

       -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

ORDER

20-CV-8304 (KPF)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The defendant was directed to file a motion for judgment on the pleadings within 60 days of filing the Administrative Record, if the defendant determined to make such a motion. See Docket Entry No. 5. The Administrative Record was filed on March 24, 2021. The docket sheet maintained by the Clerk of Court for this action does not reflect that a motion for judgment on the pleading was filed by the defendant, and the time for doing so has elapsed. Therefore, on or before June 7, 2021, the defendant shall file the motion for judgment on the pleadings or advise the Court in writing that the defendant has determined not to make the motion.

Dated: New York, New York
       May 28, 2021

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE