UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS CAMACHO

          Plaintiff,

     -against-

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.
------------------------------------------------------------X

:     ORDER

:     20-CV-8304 (KPF)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The defendant requested that the time for filing a dispositive motion be enlarged to June 23, 2021. See Docket Entry No. 16. The request was granted. See Docket Entry No. 17. The docket sheet, maintained by the Clerk of Court for this action, does not reflect that the motion was filed and the time for doing so has elapsed. Therefore, on or before June 29, 2021, the parties shall advise the Court, in writing, of the status of this action.

**The Clerk of Court is directed to mail acopy of this order to the plaintiff.**

Dated: New York, New York
       June 25, 2021

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE