UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS CAMACHO,                                            :

                            Plaintiff,            :

            - against -                         :            ORDER

COMMISSIONER OF SOCIAL SECURITY,    :            20-CV-8304 (KPF)(KNF)

                         Defendant.           :

------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on July 14, 2021, at 4:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated: New York, New York        SO ORDERED:
       July 7, 2021

                                              _____
                                              KEVIN NATHANIEL FOX
                                              UNITED STATES MAGISTRATE JUDGE