UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS CAMACHO

        Plaintiff,

     -against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

ORDER

20-CV-8304 (KPF)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The defendant was directed to serve the Court's July 14, 2021 Memorandum Endorsed order on the plaintiff and to file proof of service with the Clerk of Court. See Docket Entry No. 21. The docket sheet maintained by the Clerk of Court for this action does not reflect that the requisite proof of service was filed. Therefore, on or before October 27, 2021, the defendant shall comply with the Court's July 14, 2021 directive and file the proof of service. The parties are reminded that failing to comply with a court order may result in sanctions, including the harshest sanctions.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated: New York, New York
       October 25, 2021

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE